UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Vance, | No. 2:21-cv-02048-KJM-DMC |
| Plaintiff, | ORDER |
| v. | |
| Construction & General Laborers' Local Union No. 185, et al., | |
| Defendants. | |

As stipulated (ECF No. 8), all claims against defendant Doyle Radford, Jr. are **dismissed with prejudice**.

The stipulation to dismiss certain claims against defendant Construction & General Laborers' Local Union No. 185 is not effective. Although *parties* may be dismissed under Rule 41(a), *claims* may not be so dismissed. *See Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 687–89 (9th Cir. 2005). The dismissal of a particular claim may be accomplished by an amendment to the pleadings. *See id.* The court thus construes the stipulation to dismiss certain claims against Construction & General Laborers' Local Union No. 185 as a stipulation to amend the complaint under Rule 15(a)(2). Any amended complaint must be filed **within twenty-one days**.

/////

1

1      IT IS SO ORDERED.

2   DATED: January 5, 2022.

3

_____
CHIEF UNITED STATES DISTRICT JUDGE