IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN VANCE, | No. 2:21-CV-2048-KJM-DMC |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| CONSTRUCTION & GENERAL LABORERS LOCAL UNION NO. 185, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Pending before the Court are counsels' requests, ECF Nos. 14, 15 and 16, to appear telephonically at the scheduling conference set for March 9, 2022, at 10:00 a.m., before the undersigned in Redding, California. Good cause appearing therefor based on defense counsel's declaration regarding the distance between his place of business in Emeryville, California, and courthouse in Redding, California, and Plaintiff's counsel's declaration regarding possible exposure to COVID-19, counsels' requests are construed as motions and, so construed, are granted. Counsel may

/ / /

/ / /

/ / /

1

1 | arrange for their telephonic appearances through CourtCall.

2 |        IT IS SO ORDERED.

3 | Dated: March 8, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE