Angela Hooper, SBN 334269
**LAW OFFICES OF ANGELA HOOPER**
315 Wall Street, Suite 8
Chico, CA 95928
Telephone: (530) 680-4689
Email: ahooper116@gmail.com

Attorney for Plaintiff
John Vance

Alan G. Crowley, SBN 203438
**WEINBERG ROGER ROSENFELD, PC**
1375 55th Street
Emeryville, CA 94608
Telephone: (510) 337-1001
Facsimile: (510) 337-1023
Email: acrowley@unioncounsel.net

Attorney for Defendant
Construction & General Laborers'
Local Union No. 185

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN VANCE,<br><br>    Plaintiff,<br><br>    v.<br><br>CONSTRUCTION & GENERAL LABORERS' LOCAL UNION NO. 185 and DOES 1 through 20, inclusive<br><br>    Defendants. | Case No. 2:21-CV-02048-KJM-DMC<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER** |

   Plaintiff John Vance, by and through his counsel, Angela Hooper of the Law Offices of Angela Hooper, and Defendants Construction & General Laborers' Local Union No. 185, by and through their counsel Alan Crowley of Weinberg Roger Rosenfeld, a Professional Corporation, collectively referred to as "the Parties," hereby request the deadlines for a coordinated settlement

conference, for non-expert discovery completion, and for the notice of dispositive motions as set forth in the Scheduling Order of March 21, 2022, (ECF No. 20), be extended by four months making the new dates as follows:

1. The Parties shall coordinate a Settlement Conference with the Court by December 1, 2023;
2. Non-expert Discovery Cutoff shall be December 9, 2023;
3. Dispositive Motions shall be noticed by January 13, 2024.

WHEREAS, the Parties currently are scheduled to participate in a full day of mediation on August 24, 2023.

WHEREAS, the Parties wish to engage in further discovery efforts and witness depositions should the mediation present to be unsuccessful.

## **STIPULATION**

NOW, THEREFORE, Plaintiff and Defendant, by and through their attorneys of record, hereby stipulate and agree to the modification of the court March 21, 2022, Scheduling Order as follows:

1. The Parties shall coordinate a Settlement Conference with the Court by December 1, 2023;
2. Non-expert Discovery Cutoff shall be December 9, 2023;
3. Dispositive Motions shall be noticed by January 13, 2024.

**IT IS SO STIPULATED.**

Date: August 1, 2023        LAW OFFICES OF ANGELA HOOPER

 /s/ Angela Hooper_____
Angela Hooper Attorney for Plaintiff
John Vance

Date: August 1, 2023        WEINBERG ROGER ROSENFELD, PC

 /s/__Alan Crowley_____
Alan G. Crowley
Attorneys for Defendant
Construction & General Laborers' Local Union 185

# ORDER

Good cause having been shown, the parties' above stipulated request for a modification of this Court's Scheduling Order of March 21, 2022, (ECF. No. 20) is HEREBY GRANTED. Accordingly, pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the scheduling order is modified as follows:

1. The Parties shall coordinate a Settlement Conference with the Court by December 1, 2023;
2. Non-expert Discovery Cutoff shall be December 9, 2023;
3. Dispositive Motions shall be noticed by January 13, 2024.

**IT IS SO ORDERED**.

Dated: August 7, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE